W. ADAM DUERK
Assistant U.S. Attorney
U.S. Attorney's Office
105 East Pine Street, Second Floor
Missoula, Montana 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
E-mail: Adam.Duerk@usdoj.gov

**FILED**

FEB 28 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. STEVEN WAYNE PHILLIPS, Defendant. | CR 18- 31 -BLG- SPW<br><br>**INDICTMENT**<br><br>POSSESSION OF A FIREARM NOT REGISTERED IN THE NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORD<br>Title 26 U.S.C. §§ 5841, 5861(d), 5871<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>**FORFEITURE**<br>Title 26 U.S.C. § 5872(a) |
|---|---|

THE GRAND JURY CHARGES:

That on or about September 19, 2017, at Billings, and within Yellowstone County, in the State and District of Montana, the defendant, STEVEN WAYNE PHILLIPS, knowingly received and possessed a firearm, namely a Savage Arms,

1

model 116, 7mm caliber bolt action rifle (serial number F328382), that the defendant was aware had a barrel length of approximately 13 and 1/16 inches (less than 16 inches long), not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION

Pursuant to 26 U.S.C. § 5872(a), the defendant, STEVEN WAYNE PHILLIPS, shall forfeit to the United States any firearm involved in the offense charged in this indictment.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

WARRANT ✓

BAIL _____

CRM/SUM _____

2