GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
      Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN WAYNE PHILLIPS, <br><br> Defendant. | Case No. CR-18-31-BLG-SPW <br><br><br> **NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |

      NOTICE IS HEREBY GIVEN that Defendant, Steven Wayne Phillips, by and through his Counsel Gillian E. Gosch, Assistant Federal Defender, and the Federal Defenders of Montana, delivered a formal discovery request in letter format dated January 24, 2019, to the Government in the above-entitled matter.

      RESPECTFULLY SUBMITTED this 24th day of January, 2019.

                                      /s/ Gillian E. Gosch
                                      GILLIAN E. GOSCH
                                      Assistant Federal Defender
                                        Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 24, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. W. ADAM DUERK
   Assistant United States Attorney
   United States Attorney's Office
   105 East Pine Street, Second Floor
   Missoula, MT 59802
   　　Counsel for the United States of America

3. STEVEN WAYNE PHILLIPS
   　　Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Assistant Federal Defender
　　Counsel for Defendant