GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN WAYNE PHILLIPS, <br><br> Defendant. | CR-18-31-BLG-SPW <br><br> **DEFENDANT'S MOTION TO SUPPRESS** |

### I.  MOTION

Defendant Steven Wayne Phillips (Mr. Phillips), by and through his counsel of record Gillian E. Gosch and the Federal Defenders of Montana, moves to suppress the evidence obtained as the result of an unlawfully prolonged traffic stop on September 19, 2018.

## II.  GROUNDS

In satisfaction of Rule 47(b) Fed. R. Crim. P., Mr. Phillips states the following grounds for his motion:

(A)  The officer did not have reasonable suspicion to prolong the traffic stop in this case.

(B)  Soon after stopping Mr. Phillips, the officer became aware of the pill bottles contained within Mr. Phillips' vehicle.  Whatever suspicions the officer had about the pill bottles, however, were negated when Mr. Phillips passed his field sobriety tests.

(C)  To have prolonged the traffic stop for over an hour and to have done so after Mr. Phillips passed the field sobriety tests violates the Fourth Amendment.  No independent reason on the officer's part justified the prolongation.

(D)  The evidence in this case must be suppressed.

## III.  CONTACT WITH OPPOSING COUNSEL

The government through its counsel, Thomas Godfrey, opposes this motion.

## IV.  CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, Mr. Phillips requests that this Court will on consideration of this motion and the brief that supports it suppress the evidence.

RESPECTFULLY SUBMITTED this 15th day of February, 2019.

/s/ Gillian Gosch
GILLIAN E. GOSCH
Assistant Federal Defender
Counsel for Defendant

## V. CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on February 15, 2019, a copy of the foregoing document was served on the following persons by the following means:

__1__    CM-ECF

_____    Hand Delivery

_____    Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. THOMAS GODFREY
   Assistant U.S. Attorney
   U.S. Attorney's Office
   2601 Second Ave North, Suite 3200
   Billings, MT 59101
       Counsel for the United States of America

/s/ Gillian Gosch
FEDERAL DEFENDERS OF MONTANA