GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
      Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN WAYNE PHILLIPS, <br><br> Defendant. | **CR-18-31-BLG-SPW** <br><br> **DEFENDANT'S NOTICE OF CONVENTIONAL FILING** |

Please take notice that Defendant Steven Wayne Phillips has conventionally filed Exhibit B in this case. The Exhibit is not available in electronic form. The Exhibit has not been filed electronically because:

    ____  scanning is not practicable;

    ____  the electronic file exceeds megabytes in size;

    ____  the filing is under seal;

    ____  the document contains original signatures;

1

__X__   it is a Compact Disc;

_____   a court order excuses conventional filing;

_____   the filing is exempted under Local rule 7.1(L)(1)(B);

_____   the filer experienced the following technical difficulties as shown by the attached documentation.

RESPECTFULLY SUBMITTED this 15th day of February, 2019.

/s/ Gillian Gosch
GILLIAN E. GOSCH
Assistant Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on February 15, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1__ | CM-ECF |
| _____ | Hand Delivery |
| _____ | Mail |

1. CLERK, UNITED STATES DISTRICT COURT

1. THOMAS GODFREY
   Assistant U.S. Attorney
   U.S. Attorney's Office
   2601 Second Ave North, Suite 3200
   Billings, MT 59101
       Counsel for the United States of America

/s/ Gillian Gosch
FEDERAL DEFENDERS OF MONTANA